UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

IN RE: ) Chapter 7
)
INNOVATIVE MECHANICAL SYSTEMS, INC. ) Case No. 05 B 30909
)
                *Debtor(s).* ) Judge Manuel Barbosa

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: Kane County Courthouse, 100 S. Third St., Room 140, Geneva, IL 60134

    On: March 8, 2007                Time: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    Receipts                                $32,200.08

    Disbursements                     $100.00

    Net Cash Available for Distribution   $32,100.08

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $3,970.01 | $67.52 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $13,710.00 | $ 0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $51,265.86 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $27.997%.

Allowed priority claims are:

| Claim Number   Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|
| 1. IL Department of Revenue | $6,964.50 | $1,947.25 |
| 4. IRS | $43,370.59 | $12,126.09 |
| 14. IL Dept. of Employment Security | $930.77 | $260.24 |

7. Claims of general unsecured creditors totaling $20,592.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0%.

Allowed general unsecured claims are as follows:

| Claim Number   Claimant | Amount of Claim | Proposed Payment |
|---|---|---|
| 1. IL Dept. of Revenue | $1,434.29 | $0.00 |
| 2. Charles Motl | $1,400.00 | $0.00 |
| 3. Mark Krog | $6,725.00 | $0.00 |
| 4. IRS | $6,848.92 | $0.00 |
| 5. Sheet Metal Workers Pension | $188.90 | $0.00 |
| 6. Sheet Metal Industry Trust Fund | $1,653.48 | $0.00 |
| 7. Sheet Metal Workers Pension | $2,191.64 | $0.00 |
| 14. IL Dept. of Unemployment | $150.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The trustee proposes to abandon the following property at the hearing:

Dated: February 7, 2007                                                                   For the Court,

By:_     KENNETH S GARDNER
Kenneth S Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn St., 7th Floor
Chicago, IL 60604

Trustee:     Charles J. Myler, ARDC#2008602
Address:    111 W. Downer Pl.
            Aurora, IL 60506
Phone:      630-897-8475
Fax:        630-897-8076

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 2           Date Rcvd: Feb 07, 2007
Case: 05-30909                 Form ID: pdf002          Total Served: 26

The following entities were served by first class mail on Feb 09, 2007.
db          +Innovative Mechanical Services, Inc,    534 1st Street,   Batavia, IL 60510-2406
aty         +Joseph P. Berglund,    Berglund & Niew, P.C.,    900 Jorie Blvd.,    Suite 122,
              Oak Brook, IL 60523-3823
tr          +Charles J Myler,    Myler Ruddy & McTavish,    111 W Downer Pl Ste 400,    Aurora, IL 60506-6110
9659403     +Baum, Sigman, Auerbach & Neuman, Ltd.,    (For Pasquale A. Fioretto, Sheet Metal,
              Workers Local 265),    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
9659414     +Beverly Alfon,    (For Sheet Metal Workers Local 265,    Welfare Fund),
              200 W. Adams Street, Ste. 2200,    Chicago, IL 60606-5231
9659415     +Beverly Alfon,    (For Sheet Metal Workers Local 265,    Pension Fund),
              200 W. Adams Street, Ste. 2200,    Chicago, IL 60606-5231
9659416     +Beverly Alfon,    (For Sheet Metal Workers Local 265,    Educational Fund),
              200 W. Adams Street, Ste. 2200,    Chicago, IL 60606-5231
9659417     +Beverly Alfon,    (For Sheet Metal workers Local 265,    Industry Fund),
              200 W. Adams Street, Ste. 2200,    Chicago, IL 60606-5231
9659418     +Beverly Alfon,    (For Sheet Metal Workers Local 265,    Supplemental Retirement Plan),
              200 W. Adams Street, Ste. 2200,    Chicago, IL 60606-5231
9659419     +Beverly Alfon,    (For Sheet Metal Workers Local 265,    Savings Fund),
              200 West Adams Street, Ste. 2200,    Chicago, IL 60606-5231
9659407     +Bradley T. Marvin,    534 1st Street,    Batavia, IL 60510-2406
9659404     +Charles Motl, CPA,    P. O. Box 221,    West Dundee, IL 60118-0221
9659402    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114-0326)
10722730    +Illinois Department of Employment Security,    33 South State Street 4th floor,    Bankruptcy Unit,
              Chicago, Il 60603-2802
9659401     +Illinois Dept. of Employment Security,    Acct # 4353596-1,    Bankruptcy Unit, 3rd Floor,
              401 South State Street,    Chicago, IL 60605-1229
9659400     +Illinois Dept. of Revenue,    Bankruptcy Sec. Level 7-245,    100 W. Randolph Street,
              Chicago, IL 60601-3218
9659406     +Mark Krog,    2418 Fairfield Trail,    Belvidere, IL 61008-6495
9659413     +Sanford G. Rosenthal,    (For Sheet Metal Occupational,    Health Inst. Trust Fund),
              510 Walnut Street,    Philadelphia, PA 19106-3601
9659411     +Sanford G. Rosenthal,    (For Sheet Metal Workers' Internat'l.,    Assn. Scholarship Fund),
              510 Walnut Street,    Philadelphia, PA 19106-3601
9659408     +Sanford G. Rosenthal,    (For Nat'l. Stabilization Agreement,
              of the Sheet Metal Industry Trust Fund),    510 Walnut Street,    Philadelphia, PA 19106-3601
9659409     +Sanford G. Rosenthal,    (For Sheet Metal Workers',    National Pension Fund),    510 Walnut Street,
              Philadelphia, PA 19106-3601
9659410     +Sanford G. Rosenthal,    (For Internat'l. Training Inst. for The,
              Sheet Metal & Air Conditioning Ind.),    510 Walnut Street,    Philadelphia, PA 19106-3601
9659412     +Sanford G. Rosenthal,    (For National Energy Management,    Institute Committee),
              510 Walnut Street,    Philadelphia, PA 19106-3601
10592674     Sheet Metal Workers Local 265 Fringe Benefit Funds,    c/o Bevelry P. Alfon,
              200 W. Adams Street, Suite 2200,    Chicago, IL  60606-5231
10592673     Sheet Metal Workers Local 265 Welfare Fund,    c/o Beverly P. Alfon,
              200 W. Adams Street, Suite 2200,    Chicago, IL  60606-5231
9659405      W. W. Grainger,    Acct #136-861597508,    100 West Grainger Parkway,    Lake Forest, IL 60045

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Jennings Sigmond
aty          Myler Ruddy & McTavish
cr           SASMI Trust Fund
cr           Sheet Metal Workers' National Pension F
aty*        +Charles J Myler,    Myler Ruddy & McTavish,    111 W Downer Pl Ste 400,    Aurora, IL 60506-6110
                                                                                               TOTALS: 4, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Feb 07, 2007
Case: 05-30909                 Form ID: pdf002          Total Served: 26

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2007**                               **Signature:**       *Joseph Speetjens*