UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| INNOVATIVE MECHANICAL SERVICES, INC., | ) | No. 05 B 30909 |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses, a copy of which is attached as Exhibit "A", and a copy of the Order Awarding Additional Compensation is attached as Exhibit "A-1".

Trustee's Distribution Report is attached as Exhibit "B" and Trustee's First Supplemental Distribution Report is attached as Exhibit "B-1"..

All checks have been cashed. Form II with a zero balance is attached as Exhibit "C".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

DATE: January 9, 2008

TRUSTEE

/s/ Charles J. Myler
Charles J. Myler

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) Chapter 7
)
INNOVATIVE MECHANICAL SYSTEMS, INC. ) No. 05 B 30909
)
Debtor. ) Judge Manuel Barbosa

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final request for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final request for the allowance of fees and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $3,970.01 |
| 2. | Trustee's expenses | 67.52 |
| | TOTAL | $4,037.53 |

IT IS FURTHER ORDERED that the request for compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorneys for the Trustee | |
| | a. Compensation | $13,710.00 |
| | b. Expenses | 0.00 |
| 2. | Accountants for the Trustee | |
| | a. Compensation | 0.00 |
| | b. Expenses | 0.00 |
| 3. | Other professional | |
| | a. Compensation | 0.00 |
| | b. Expenses | 0.00 |
| | TOTAL | $13,710.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED THIS _____ DAY OF _____, 2007.

ENTERED:
UNITED STATES BANKRUPTCY JUDGE



EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| INNOVATIVE MECHANICAL SYSTEMS, INC. | ) | No. 05 B 30909 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's supplemental request for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS ORDERED that the request for compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorneys for the Trustee | |
| | a. Compensation | $1,212.50 |
| | b. Expenses | 3.51 |
| 2. | Accountants for the Trustee | |
| | a. Compensation | 0.00 |
| | b. Expenses | 0.00 |
| 3. | Other professional | |
| | a. Compensation | 0.00 |
| | b. Expenses | 0.00 |
| | TOTAL | $1,212.50 |

**IT IS FURTHER ORDERED** that the Trustee is directed to pay the allowances listed above after the Trustee's First Supplemental Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED THIS _____ DAY OF _____, 2007.

ENTERED:_____
UNITED STATES BANKRUPTCY JUDGE

ENTERED

NOV - 1 2007

John H. Squires Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT



EXHIBIT
A-1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In Re:* ) | Chapter 7 |
| ) | Bankruptcy No. 05 B 30909 |
| INNOVATIVE MECHANICAL SERVICES, INC.,) | Judge Manuel Barbosa |
| ) | |
| *Debtor(s).* ) | |

## DISTRIBUTION REPORT

I, Charles J. Myler, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $17,747.53 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $14,414.93 |
| General Unsecured Claims: | $0.00 |
| Other: | $0.00 |

| | |
|---|---:|
| TOTAL AMOUNT TO BE DISTRIBUTED: | $32,162.46 |

~~EXHIBIT D~~



**DISTRIBUTION REPORT**

| **1. TYPE OF CLAIMS**<br>§726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | **TOTAL AMOUNT OF CLAIMS**<br>$17,747.53 | **FINAL DIVIDEND%**<br>100 |
|---|---|---|
| **CLAIM NO.  CREDITOR**<br>Charles J. Myler, Trustee<br>Charles J. Myler, Expenses<br>Myler, Ruddy & McTavish | **AMOUNT OF ALLOWED CLAIM**<br>$3,970.01<br>67.52<br>13,710.00 | **AMOUNT OF DIVIDEND**<br>$3,970.01<br>67.52<br>13,710.00 |
| **2. TYPE OF CLAIMS**<br>§726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |
| **3. TYPE OF CLAIMS**<br>§507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |
| **4. TYPE OF CLAIMS**<br>§507(a)(3) - Wages, salaries or commissions limited to $4,000 (less applicable withholdings) | **TOTAL AMOUNT OF CLAIMS**<br>$ | **FINAL DIVIDEND %** |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| **5. TYPE OF CLAIMS**<br>§507(a)(4) - Contributions | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |

to Employee Benefit Plans

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|
| **6. TYPE OF CLAIMS** §507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | **TOTAL AMOUNT OF CLAIMS** $0.00 | **FINAL DIVIDEND %** |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|
| **7. TYPE OF CLAIMS** §507(a)(6) - Deposits by consumers to the extent of $900 | **TOTAL AMOUNT OF CLAIMS** $0.00 | **FINAL DIVIDEND %** |

| CLAIM NO. CREDITOR | AMOUNT ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|
| **8. TYPE OF CLAIMS** §724(b) - Tax Liens | **TOTAL AMOUNT OF CLAIMS** $0.00 | **FINAL DIVIDEND %** |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|
| **9. TYPE OF CLAIMS** §507(a)(7) - Tax claims excluding fines and penalties | **TOTAL AMOUNT OF CLAIMS** $51,265.86 | **FINAL DIVIDEND %** 28.118 |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| 1. IL Department of Revenue | $6,964.50 | $1,958.28 |
| 4. IRS | $43,370.59 | $12,194.94 |
| 14. IL Dept. of Employment Security | $930.77 | $261.71 |

| **10. TYPE OF CLAIMS** §507(a)(8) - Capital Commitments to FDIC, et al. | **TOTAL AMOUNT OF CLAIMS** $0.00 | **FINAL DIVIDEND %** |
|---|---|---|

AMOUNT OF                    AMOUNT OF

| CLAIM NO. CREDITOR | ALLOWED CLAIM $ | DIVIDEND $ |
|---|---|---|
| **11. TYPE OF CLAIMS** | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §726(a)(2) - General Claims (To be paid *pro-rata* after costs of administration and priority claims are paid in full) | $20,592.23 | 0 |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| 1. IL Dept. of Revenue | $1,434.29 | $0.00 |
| 2. Charles Motl | $1,400.00 | $0.00 |
| 3. Mark Krog | $6,725.00 | $0.00 |
| 4. IRS | $6,848.92 | $0.00 |
| 5. Sheet Metal Workers Pension | $188.90 | $0.00 |
| 6. Sheet Metal Industry Trust Fund | $1,653.48 | $0.00 |
| 7. Sheet Metal Workers Pension | $2,191.64 | $0.00 |
| 14. IL Dept. of Unemployment | $150.00 | $0.00 |
| **12. TYPE OF CLAIMS** | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §726(a)(3) - Late unsecured claims. | $122,651.60 | 0 |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| 8. Sheet Metal Workers Welfare | $56,706.80 | $0.00 |
| 9. Sheet Metal Workers Retirement | $51,501.01 | $0.00 |
| 10. Sheet Metal Workers Education | $5,287.57 | $0.00 |
| 11. Sheet Metal Workers Savings | $6,193.69 | $0.00 |
| 12. Sheet Metal Workers Industry | $1,321.32 | $0.00 |
| 13. Sheet Metal Workers Benefit | $1,641.21 | $0.00 |
| **13. TYPE OF CLAIMS** | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §726(a)(4) - Fines/penalties | $0.00 | |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |
| **14. TYPE OF CLAIMS** | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §726(a)(5) - Interest (___% from date of filing to anticipated date of distribution (_____) | $0.00 | |
| | AMOUNT OF | AMOUNT OF |

| CLAIM NO. | CREDITOR | ALLOWED CLAIM $ | DIVIDEND $ |
|---|---|---|---|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Priority | 3 | Mark Krog 2418 Fairfield Tr. Belvidere, IL 61008 | | Disallowed as unsecured priority but allowed as unsecured claim |

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: March 9, 2007

/s/ Charles J. Myler
Charles J. Myler, Trustee, ARDC# 2008602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| *In Re:* | ) | Chapter 7 |
| | ) | Bankruptcy No. 05 B 30909 |
| INNOVATIVE MECHANICAL | ) | |
| SERVICES, INC., | ) | Judge Manuel Barbosa |
| | ) | |
| *Debtor(s).* | ) | |

### FIRST SUPPLEMENTAL DISTRIBUTION REPORT

I, Charles J. Myler, Trustee herein, file this First Supplemental Distribution Report for the reason that additional funds are available to two priority creditors and unsecured creditors due to the fact that the Internal Revenue Service filed an amended reduced claim after initial distribution was made to priority creditors. A copy of the Order allowing additional compensation to the trustee is attached. I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $1,212.50(see Ex. A) |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims: | $0.00 |
| Priority Tax Claims: | $5,795.11 |
| General Unsecured Claims: | $5,348.82 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $12,356.43 |



EXHIBIT B-1

DISTRIBUTION REPORT

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $1,212.50 | 100 |

| CLAIM NO.  CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| Myler, Ruddy & McTavish, Attys fee | $1,212.50 | $1,212.50 |
| Myler, Ruddy & McTavish, expenses | 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | |

| CLAIM NO.  CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | |

| CLAIM NO.  CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000 (less applicable withholdings) | $0.00 | |

| CLAIM NO.  CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|
| **6. TYPE OF CLAIMS** §507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **7. TYPE OF CLAIMS** §507(a)(6) - Deposits by consumers to the extent of $900 | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **8. TYPE OF CLAIMS** §724(b) - Tax Liens | TOTAL AMOUNT OF CLAIMS $0 | FINAL DIVIDEND % 0 |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **9. TYPE OF CLAIMS** §507(a)(7) - Tax claims excluding fines and penalties | TOTAL AMOUNT OF CLAIMS $8,015.10 | FINAL DIVIDEND % 100 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | PAID TO DATE | SUPPLEMENTAL DIVIDEND |
|---|---|---|---|---|
| 1. | IL Dept. of Revenue | $6,964.50 | $1,958.28 | $5,006.22 |
| 4. | IRS | 119.83 | 0.00 | 119.83 |
| 14. | IL Dept. of Employment Security | 930.77 | 261.71 | 669.06 |

| | | |
|---|---|---|
| **10. TYPE OF CLAIMS** §507(a)(8) - Capital Commitments to FDIC, et al. | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

|  | $ | $ |  |
|---|---|---|---|
| **11. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** | |
| §726(a)(2) - General Claims (To be paid *pro-rata* after costs of administration and priority claims are paid in full) | $20,592.23 | 25.975 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | PAID TO DATE | SUPPLEMENTAL DIVIDEND |
|---|---|---|---|
| 1. IL Dept. of Revenue | $1,434.29 | $0.00 | $372.55 |
| 2. Charles Motl | $1,400.00 | $0.00 | $363.65 |
| 3. Mark Krog | $6,725.00 | $0.00 | $1,746.81 |
| 4. IRS | $6,848.92 | $0.00 | $1,779.03 |
| 5. Sheet Metal Workers Pension | $188.90 | $0.00 | $49.06 |
| 6. Sheet Metal Workers Trust Fnd | $1,653.48 | $0.00 | $429.49 |
| 7. Sheet Metal Workers Pension | $2,191.64 | $0.00 | $569.27 |
| 14. IL Dept. of Unemployment | $150.00 | $0.00 | $38.96 |

| **12. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(3) - Late unsecured claims. | $0.00 | |

| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |
|---|---|---|

| **13. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | |

| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |
|---|---|---|

| **14. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(5) - Interest (___% from date of filing to anticipated date of distribution (_____) | $0.00 | |

| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |
|---|---|---|

| **15. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: November 5, 2007

/s/ Charles J. Myler
Charles J. Myler, Trustee, ARDC# 2008602

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-30909 5 | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|
| Case Name: | INNOVATIVE MECHANICAL SERVICES, INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***_*****86-65 – Money Market Account |
| Taxpayer ID #: | 61-1442416 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/31/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/19/05 | {1} | LaSalle Bank | Balance of checking account | 1129-000 | 2,389.11 | | 2,389.11 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.27 | | 2,389.38 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 0.94 | | 2,390.32 |
| 09/30/05 | 1001 | At Your Service Secretarial Services | Transcription of tape of Sec. 341 meeting | 2990-000 | | 100.00 | 2,290.32 |
| 10/25/05 | {4} | Excelsior Mfg. & Supply Corp. | Preference repayment | 1129-000 | 1,366.89 | | 3,657.21 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.09 | | 3,658.30 |
| 11/14/05 | {3} | Noorunnisa Aliuddin | Accounts receivable | 1121-000 | 191.25 | | 3,849.55 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.70 | | 3,851.25 |
| 12/20/05 | {4} | Capital One Services, Inc. | Preference repayment | 1129-000 | 3,123.06 | | 6,974.31 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.43 | | 6,976.74 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.93 | | 6,980.62 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.75 | | 6,984.42 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 4.15 | | 6,988.57 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.42 | | 6,992.99 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.75 | | 6,997.74 |
| 06/16/06 | {5} | Innovative Mechanical Group, Inc. | Installment payment on court ordered settlement | 1249-000 | 8,333.33 | | 15,331.07 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.61 | | 15,337.68 |
| 07/17/06 | {5} | Innovative Mechanical Group, Inc. | Installment payment on court ordered settlement | 1249-000 | 8,333.33 | | 23,671.01 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.80 | | 23,683.81 |
| 08/14/06 | {5} | Innovative Mechanical Group, Inc. | 3rd installment of settlement | 1249-000 | 8,333.34 | | 32,017.15 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.02 | | 32,036.17 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.36 | | 32,056.53 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.47 | | 32,079.00 |
| | | | | Subtotals : | $32,179.00 | $100.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-30909 5 | Trustee: | CHARLES J. MYLER (330510) |
| --- | --- | --- | --- |
| Case Name: | INNOVATIVE MECHANICAL SERVICES, INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****86-65 - Money Market Account |
| Taxpayer ID #: | 61-1442416 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 21.08 | | 32,100.08 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.39 | | 32,120.47 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.41 | | 32,141.88 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.01 | | 32,157.89 |
| 03/09/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 4.57 | | 32,162.46 |
| 03/09/07 | | To Account #*******8666 | transfer to checking | 9999-000 | | 32,162.46 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | | 32,262.46 | 32,262.46 | $0.00 |
| Less: Bank Transfers | | 0.00 | 32,162.46 | |
| Subtotal | | 32,262.46 | 100.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $32,262.46 | $100.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-30909 5 | Trustee: | CHARLES J. MYLER (330510) |
| --- | --- | --- | --- |
| Case Name: | INNOVATIVE MECHANICAL SERVICES, INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***_*****86-66 - Checking Account |
| Taxpayer ID #: | 61-1442416 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #}/ Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/09/07 | | From Account #*******8665 | transfer to checking | 9999-000 | 32,162.46 | | 32,162.46 |
| 03/13/07 | 101 | CHARLES J. MYLER | Trustee fees | 2100-000 | | 3,970.01 | 28,192.45 |
| 03/13/07 | 102 | Charles J. Myler | Trustee expenses | 2200-000 | | 67.52 | 28,124.93 |
| 03/13/07 | 103 | Myler, Ruddy & McTavish | Attorneys for trustee fees | 3110-000 | | 13,710.00 | 14,414.93 |
| 03/13/07 | 104 | Illinois Dept. of Revenue | 61-1442416 w/holding | 7100-000 | | 1,958.28 | 12,456.65 |
| 03/13/07 | 105 | Department of the Treasury-Internal Revenue Service | 61-1442416 WT-FICA/FUTA, Creditor #9659402 | 7100-000 | | 12,194.94 | 261.71 |
| 03/13/07 | 106 | Illinois Department of Employment Security | 61-1442416, Acct. #4353596 | 7200-000 | | 261.71 | 0.00 |
| 07/17/07 | {6} | US Treasury | Refund of priority payment | 1290-000 | 4,405.34 | | 4,405.34 |
| 07/17/07 | {6} | US Treasury | Refund of IRS overpayment on priority claim | 1290-000 | 4,459.39 | | 8,864.73 |
| 07/17/07 | {6} | US Treasury | Refund of overpayment on IRS priority claim | 1290-000 | 3,491.70 | | 12,356.43 |
| 11/16/07 | 107 | Charles J.Myler | Add'l attorney's fees | 3210-000 | | 1,212.50 | 11,143.93 |
| 11/16/07 | 108 | IL Department of Revenue | ID#61-1442416, w/holding income | 5800-000 | | 5,006.22 | 6,137.71 |
| 11/16/07 | 109 | Internal Revenue Service | ID#61-1442416 | 5800-000 | | 119.83 | 6,017.88 |
| 11/16/07 | 110 | IL Department of Employment Security | ID#61-1442416 | 5800-000 | | 669.06 | 5,348.82 |
| 11/16/07 | 111 | Illinois Dept. of Revenue | ID#61-1442416 | 7100-000 | | 372.55 | 4,976.27 |
| 11/16/07 | 112 | Charles Motl, CPA | | 7100-000 | | 363.65 | 4,612.62 |
| 11/16/07 | 113 | Mark Krog | | 7100-000 | | 1,746.81 | 2,865.81 |
| 11/16/07 | 114 | Department of the Treasury-Internal Revenue Service | ID#61-1442416 | 7100-000 | | 1,779.03 | 1,086.78 |
| 11/16/07 | 115 | Sanford G. Rosenthal | | 7100-000 | | 49.06 | 1,037.72 |
| 11/16/07 | 116 | Sanford G. Rosenthal | | 7100-000 | | 429.49 | 608.23 |
| 11/16/07 | 117 | Sanford G. Rosenthal | | 7100-000 | | 569.27 | 38.96 |
| | | | | Subtotals: | $44,518.89 | $44,479.93 | |

{} Asset reference(s)   Printed: 01/09/2008 12:06 PM   V.9.55

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-30909 5 | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|
| Case Name: | INNOVATIVE MECHANICAL SERVICES, INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****86-66 - Checking Account |
| Taxpayer ID #: | 61-1442416 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/16/07 | 118 | Illinois Department of Employment Security | ID#61-1442416 | 7200-000 | | 38.96 | 0.00 |

| | | | |
|---|---|---|---|
| | | | $0.00 |
| ACCOUNT TOTALS | | 44,518.89 | 44,518.89 |
| Less: Bank Transfers | | 32,162.46 | 0.00 |
| Subtotal | | 12,356.43 | 44,518.89 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $12,356.43 | $44,518.89 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****86-65 | 32,262.46 | 100.00 | 0.00 |
| Checking # ***-*****86-66 | 12,356.43 | 44,518.89 | 0.00 |
| | $44,618.89 | $44,618.89 | $0.00 |